IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:17-mj-00126-DSC |
|---|---|---|
| vs. | ) | ORDER |
| **ERIC DEON COMBS JR.** | ) | |

**THIS MATER IS BEFORE THE COURT** on the Government's Motion to Dismiss without prejudice the Complaint (Docket No. 1) and the accompanying Arrest Warrant (Docket No. 2) in the above-captioned matter.

**IT IS THEREFORE ORDERED** that the Government's Motion to Dismiss be **GRANTED**, and that the Complaint (Docket No.1) and the accompanying Arrest Warrant (Docket No. 2) in the above-captioned matter be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Signed: April 13, 2017

David S. Cayer
United States Magistrate Judge